LEFONZO JERMAINE DIXON
3128 BAHALIA RD NE
WESSON, MS 39191

CRDT RECOV
PO BOX 864
DERBY, NY 14047

MSDHS
ATTN: CONSTANCE MORROW
PO BOX 352
JACKSON, MS 39205

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CREDIT ONE BANK
ATTN: BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS, NV 89113

RENTDEBT AUTOMATED
ATTN: BANKRUPTCY
2802 OPRYLAND DR
NASHVILLE, TN 37214

AIDVANTAGE
PO BOX 7859
MADISON, WI 53704

DEMONTARIUS FLOWERS
3128 BAHALIA RD NE
WESSON, MS 39191

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072

BENNETT LAND INVESTMEN
P.O. BOX 97991
PEARL, MS 39288

FIRST BANK
520 W SUMMIT HILL DR
KNOXVILLE, TN 37902

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-00

BLAIR LEASING & FINANC
1705 BRIARCREST RD
MEMPHIS, TN 38134

HOLMES MOTORS
ALWAYS A LEASE
10651 BONEY AVE
DIBERVILLE, MS 39540

WILLIAM MELTON
120 AZALEA CIRCLE
JACKSON, MS 39206

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

CAPITAL ONE AUTO
ATTN: BANKRUPTCY
7933 PRESTON RD
PLANO, TX 75024

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

CHASE BANK
PO BOX 5210
NEW HYDE PARK, NY 11042

KINGS DAUGHTERS MEDICA
427 US-51
BROOKHAVEN, MS 39601

COASTAL TRUCK DRIVING
773 US-61
NATCHEZ, MS 39120

MS DEPT OF REVENUE
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808