## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   **Lefonzo Jermaine Dixon, Debtor**           **Case No. 22-00922-JAW**
                                                                                    **CHAPTER 13**

### DECLARATION IN SUPPORT OF MOTION TO EXTEND THE
### AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.

2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.

3. I filed this bankruptcy petition on April 8, 2025.

4. I previously filed bankruptcy case number 24-00104 under Chapter 13 on 1/12/2024 and that case was dismissed on 11/20/2024.

5. I have had no other pending bankruptcy cases in the preceding one-year period.

6. I have not had any prior cases dismissed in the past year for any of the following reasons:

   • Failure to file or amend the petition or other required documents without substantial excuse;
   • failure to provide adequate protection as ordered by the Court; or
   • failure to perform the terms of a plan confirmed by the Court.

7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a confirmed plan that will be fully performed.

8. Those changes are as follows:

   I changed jobs and my spouse experienced medical issues during my last case. I now have better employment and my spouse's health is better managed. I can now afford to make the bankruptcy payment.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on: 4/9/2025_____                    /s/ Lefonzo Jermaine Dixon_____
                                                              Lefonzo Jermaine Dixon