United States Bankruptcy Court
Southern District of Mississippi

In re:                                                              Case No. 25-00922-JAW
Lefonzo Jermaine Dixon                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3                                 User: mssbad                                           Page 1 of 2
Date Rcvd: Apr 10, 2025                          Form ID: hn006jaw                               Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lefonzo Jermaine Dixon, 3128 Bahalia Rd NE, Wesson, MS 39191-9456 |
| 5496140 | + | Aidvantage, PO Box 7859, Madison, WI 53707-7859 |
| 5496141 | + | Bennett Land Investmen, P.O. Box 97991, Pearl, MS 39288-7991 |
| 5496142 | | Blair Leasing & Financ, 1705 Briarcrest Rd, Memphis, TN 38134 |
| 5496146 | | Coastal Truck Driving, 773 US-61, Natchez, MS 39120 |
| 5496147 | + | Crdt Recov, Po Box 864, Derby, NY 14047-0864 |
| 5496149 | + | DeMontarius Flowers, 3128 Bahalia Rd NE, Wesson, MS 39191-9456 |
| 5496151 | + | Holmes Motors, ALWAYS A LEASE, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5496154 | | Kings Daughters Medica, 427 US-51, Brookhaven, MS 39601 |
| 5496160 | + | William Melton, 120 Azalea Circle, Jackson, MS 39206-4401 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5496143 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2025 19:49:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5496144 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 10 2025 19:49:23 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5496145 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2025 19:49:40 | Chase Bank, PO Box 5210, New Hyde Park, NY 11042-5210 |
| 5496148 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2025 19:49:33 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5496150 | + | Email/Text: mhbkr@firstbankonline.com | Apr 10 2025 19:40:00 | First Bank, 520 W Summit Hill Dr, Knoxville, TN 37902-2006 |
| 5496153 | + | Email/Text: ebone.woods@usdoj.gov | Apr 10 2025 19:40:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5496152 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 10 2025 19:40:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5496155 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Apr 10 2025 19:40:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5496156 | + | Email/Text: constance.morrow@mdhs.ms.gov | Apr 10 2025 19:40:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5496157 | + | Email/Text: bknotify@acsi.net | Apr 10 2025 19:40:00 | RentDebt Automated, Attn: Bankruptcy, 2802 Opryland Dr, Nashville, TN 37214-1200 |
| 5496158 | | Email/Text: bankruptcynotices@trustmark.com | Apr 10 2025 19:40:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5496159 | ^ | MEBN | Apr 10 2025 19:37:14 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC |

District/off: 0538-3     User: mssbad     Page 2 of 2
Date Rcvd: Apr 10, 2025     Form ID: hn006jaw     Total Noticed: 22

20530-0001

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lefonzo Jermaine Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn006jaw (07/21)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    Lefonzo Jermaine Dixon

**CASE NO. 25−00922−JAW**

    **DEBTOR.**

**CHAPTER 13**

## NOTICE OF HEARING AND DEADLINES

The Debtor has filed a Motion to Extend Automatic Stay (the "Motion") (Dkt. #11) with the Court in the above−styled case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold an evidentiary hearing (the "Hearing") on April 28, 2025, at 10:00 AM in the Thad Cochran United States Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before April 24, 2025 (Response Due Date). Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Thad Cochran U.S. Courthouse, 501 East Court Street, Suite 2.300, Jackson, MS 39201. If you file a response, you or your attorney are required to attend the Hearing. The Hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, and the debtor has filed a declaration in support of the motion, in accordance with Miss. Bankr. L.R. 4001−1(e)(1)(B) or 4001−1(f)(1)(A), the Court may grant the Motion without conducting a Hearing.

Dated: 4/10/25

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600

Courtroom Deputy
601−608−4642 (use to advise of settlement)
601−608−4693

Parties Noticed:

ALL CREDITORS AND PARTIES LISTED ON THE COURT'S MAILING MATRIX