# PROCEEDING MEMO - CHAPTER 13 341A MEETING OF CREDITORS

DATE OF MEETING:   05/06/2025                    TIME OF MEETING:   12:30 PM

IN RE:   DIXON, LEFONZO JERMAINE                 CASE NO.:   25-00922-JAW

1. NAME OF ATTORNEY FOR DEBTOR(S):       THOMAS C. ROLLINS, JR

2. APPEARANCES:

   ( ) DEBTOR(S)
   (✓) ATTORNEY FOR DEBTOR(S)
   ( ) CREDITORS: _____

3. MEETING ADJOURNED:       YES _____   NO ✓

   IF NO:

   _____   CASE TO BE DISMISSED
             REASON: _____
             (i.e., failure to appear or by debtor's motion)

   OR ✓

   CASE CONTINUED TO:
   6/17/25         AT   8:30
   (Date)                (Time)

   REASON: Couldn't connect by zoom

NOTES OF PRESIDING OFFICER: _____

TAPE # _____, SIDE  48

/S/ HAROLD J. BARKLEY, JR.
PRESIDING OFFICER

25-00922-JAW