

SO ORDERED,

*Jamie A. Wilson*

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: May 7, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                              CHAPTER 13 NO.:

LEFONZO JERMAINE DIXON                                         25 – 00922 – JAW

### ORDER RESCHEDULING §341 MEETING OF CREDITORS, EXTENDING DEADLINE FOR OBJECTING TO CONFIRMATION AND RESETTING CONFIRMATION HEARING

On *ore tenus* motion of the Chapter 13 Trustee in the above styled case to reschedule §341 Meeting of Creditors, extend the deadline for filing objections to confirmation of the Debtor(s) Chapter 13 Plan (the "Plan"), and reset confirmation hearing, having considered the same, finds, that the *ore tenus* motion should be granted, therefore,

IT IS ORDERED THAT:

1. The §341 Meeting of Creditors is reset to JUNE 17, 2025 AT 8:30 A.M. PLEASE TAKE NOTICE that said meeting of creditors will be conducted via ZOOM VIDEO MEETING:

   Go to Zoom.us/join enter
   Meeting ID 374 151 7424 and
   Passcode 4972880130 or call
   662-350-8812

   **Please do not appear in person for the meeting.** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend the meeting. Creditors may attend but are not required to do so. If the meeting is continued or adjourned to a later date, the date will be on the court docket. If you have any questions or concerns, please contact your attorney or the case trustee at:

   Trustee Phone: 601-362-6161
   Trustee Email: HJB@HBARKLEY13.COM

2. The Objection to Confirmation Deadline is extended until JULY 1, 2025.

3. The Confirmation hearing is reset for JULY 14, 2025 at 10:00 A.M. at 501 East Court Street, in Courtroom 4-C, Jackson, Mississippi 39201. If no objection is timely filed, the plan may be confirmed without a hearing.

4. The Trustee shall serve a copy of this Order to all creditors and/or all interested parties as listed on the most recent CM/ECF creditor mailing matrix in a manner to comply with the notice provisions of Fed. R. Bankr. P. 2002(a)(9) and (b)(3). Within two (2) days after service, the Trustee shall file a certificate of service with the Court that includes a copy of this Order and a record of the parties served.

##END OF ORDER##

SUBMITTED BY:

_/s/ signature/_
JOSHUA C. LAWHORN – MSB #103902
ATTORNEY FOR TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL: HJB@HBARKLEY13.COM

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 25-00922-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Wed May  7 10:24:59 CDT 2025 | Aidvantage<br>PO Box 7859<br>Madison, WI 53707-7859 | Harold J. Barkley Jr.<br>P.O. Box 4476<br>Jackson, MS 39296-4476 |
| Bennett Land Investmen<br>P.O. Box 97991<br>Pearl, MS 39288-7991 | Blair Leasing & Financ<br>1705 Briarcrest Rd<br>Memphis, TN 38134 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Auto<br>Attn: Bankruptcy<br>7933 Preston Rd<br>Plano, TX 75024-2359 | Chase Bank<br>PO Box 5210<br>New Hyde Park, NY 11042-5210 | Coastal Truck Driving<br>773 US-61<br>Natchez, MS 39120 |
| Crdt Recov<br>Po Box 864<br>Derby, NY 14047-0864 | Credit One Bank<br>Attn: Bankruptcy<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | DeMontarius Flowers<br>3128 Bahalia Rd NE<br>Wesson, MS 39191-9456 |
| Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lefonzo Jermaine Dixon<br>3128 Bahalia Rd NE<br>Wesson, MS 39191-9456 | First Bank<br>520 W Summit Hill Dr<br>Knoxville, TN 37902-2006 |
| FirstBank<br>520 W Summit Hill Dr Suite 801<br>Knoxville, TN 37902-2006 | Holmes Motors<br>ALWAYS A LEASE<br>10651 Boney Ave<br>Diberville, MS 39540-4875 | Internal Revenue Servi<br>c/o US Attorney<br>501 East Court St<br>Ste 4.430<br>Jackson, MS 39201-5025 |
| Kings Daughters Medica<br>427 US-51<br>Brookhaven, MS 39601 | MS Dept of Revenue<br>Bankruptcy Section<br>PO Box 22808<br>Jackson, MS 39225-2808 | MSDHS<br>Attn: Constance Morrow<br>PO Box 352<br>Jackson, MS 39205-0352 |
| (p)MS DEPARTMENT OF HUMAN SERVICES<br>ATTN BENEFIT RECOVERY UNIT<br>PO BOX 352<br>JACKSON MS 39205-0352 | RentDebt Automated<br>Attn: Bankruptcy<br>2802 Opryland Dr<br>Nashville, TN 37214-1200 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 |
| (p)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 | US Attorney General<br>US Dept of Justice<br>950 Pennsylvania AveNW<br>Washington, DC 20530-0001 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 |
| William Melton<br>120 Azalea Circle<br>Jackson, MS 39206-4401 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Mississippi Department of Human Services<br>PO Box 352<br>Jackson, MS 39205 | Trustmark<br>PO Box 23072<br>Jackson, MS 39225-3072 | End of Label Matrix<br>Mailable recipients   27<br>Bypassed recipients    0<br>Total                  27 |