# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Lefonzo Jermaine Dixon, Debtor         Case No. 25-00922-JAW
                                                 CHAPTER 13

## NOTICE

The above referenced debtor has filed papers with the court to allow payment arrearage. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date:  June 10, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O Box 13767
                                              Jackson, MS 39236

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lefonzo Jermaine Dixon, Debtor                 Case No. 25-00922-JAW
                                                                              CHAPTER 13

## MOTION TO ALLOW PAYMENT ARREARAGE

COMES NOW, Debtor, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtor fell behind on his payments due to paying for his spouse's burial fees.

3. Debtor is requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtor is requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in July 2025.

WHEREFORE, Debtor prays for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on June 11, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                <u>/s/ Thomas C. Rollins, Jr.</u>
                                  Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-00922 |
|---|---|
| LEFONZO JERMAINE DIXON | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/11/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/11/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CASE NO: 25-00922 |
| LEFONZO JERMAINE DIXON | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 6/11/2025, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearages

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/11/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO                              EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING        US BANKRUPTCY COURT                    AIDVANTAGE
NCRS ADDRESS DOWNLOAD                   THAD COCHRAN US COURTHOUSE             PO BOX 7859
CASE 25-00922                           501 E COURT STREET                     MADISON  WI 53707-7859
SOUTHERN DISTRICT OF MISSISSIPPI        SUITE 2300
WED JUN 11 9-56-19 PST 2025             JACKSON  MS 39201-5036


BENNETT LAND INVESTMEN                 BLAIR LEASING  FINANC                   CAPITAL ONE
PO BOX 97991                           1705 BRIARCREST RD                      ATTN BANKRUPTCY
PEARL  MS 39288-7991                   MEMPHIS  TN 38134                       PO BOX 30285
                                                                               SALT LAKE CITY  UT 84130-0285


CAPITAL ONE AUTO                       CAPITAL ONE  NA                         CHASE BANK
ATTN BANKRUPTCY                        BY AIS INFOSOURCE LP AS AGENT           PO BOX 5210
7933 PRESTON RD                        4515 N SANTA FE AVE                     NEW HYDE PARK  NY 11042-5210
PLANO  TX 75024-2359                   OKLAHOMA CITY  OK 73118-7901


COASTAL TRUCK DRIVING                  CRDT RECOV                              CREDIT ONE BANK
773 US61                               PO BOX 864                              ATTN BANKRUPTCY
NATCHEZ  MS 39120                      DERBY  NY 14047-0864                    6801 CIMARRON RD
                                                                               LAS VEGAS  NV 89113-2273


DEMONTARIUS FLOWERS                    DEPARTMENT OF TREASURY                  FIRST BANK
3128 BAHALIA RD NE                     INTERNAL REVENUE SERVICE                520 W SUMMIT HILL DR
WESSON  MS 39191-9456                  PO BOX 7346                             KNOXVILLE  TN 37902-2006
                                       PHILADELPHIA  PA 19101-7346


FIRSTBANK                              HOLMES MOTORS                           INTERNAL REVENUE SERVI
520 W SUMMIT HILL DR SUITE 801         ALWAYS A LEASE                          CO US ATTORNEY
KNOXVILLE  TN 37902-2006               10651 BONEY AVE                         501 EAST COURT ST
                                       DIBERVILLE  MS 39540-4875               STE 4430
                                                                               JACKSON  MS 39201-5025


KINGS DAUGHTERS MEDICA                 MS DEPT OF REVENUE                      MSDHS
427 US51                               BANKRUPTCY SECTION                      ATTN CONSTANCE MORROW
BROOKHAVEN  MS 39601                   PO BOX 22808                            PO BOX 352
                                       JACKSON  MS 39225-2808                  JACKSON  MS 39205-0352


(P)MS DEPARTMENT OF HUMAN SERVICES     RENTDEBT AUTOMATED                      (P)TRUSTMARK NATIONAL BANK
ATTN BENEFIT RECOVERY UNIT             ATTN BANKRUPTCY                         P O BOX 1928
PO BOX 352                             2802 OPRYLAND DR                        BRANDON MS 39043-1928
JACKSON MS 39205-0352                  NASHVILLE  TN 37214-1200


                                       EXCLUDE
US ATTORNEY GENERAL                    UNITED STATES TRUSTEE                   WILLIAM MELTON
US DEPT OF JUSTICE                     501 EAST COURT STREET                   120 AZALEA CIRCLE
950 PENNSYLVANIA AVENW                 SUITE 6-430                             JACKSON  MS 39206-4401
WASHINGTON  DC 20530-0001              JACKSON  MS 39201-5022
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| EXCLUDE | DEBTOR | EXCLUDE |
|---|---|---|
| HAROLD J BARKLEY JR<br>PO BOX 4476<br>JACKSON MS 39296-4476 | LEFONZO JERMAINE DIXON<br>3128 BAHALIA RD NE<br>WESSON MS 39191-9456 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM PLLC<br>PO BOX 13767<br>JACKSON MS 39236-3767 |