IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  LEFONZO JERMAINE DIXON                NO. 25-00922-JAW

**RESPONSE TO MOTION TO ALLOW PAYMENT ARREARAGE**

FirstBank responds to the Debtor's motion to allow payment arrearage (Dkt 25) as follows:

1. Any modification should be conditioned on strict future performance and a stay termination provision as provided to FirstBank in the Debtor's prior case.

WHEREFORE, PREMISES CONSIDERED, FirstBank requests that this Court condition approval of the Debtor's motion upon the inclusion of strict future performance and stay termination provisions and grant such other relief as is necessary under the circumstances.

DATED: June 21, 2025

**FIRSTBANK**

By:   /s/ Jeff Rawlings
         Its Attorney

**CERTIFICATE OF SERVICE**

I served a copy of the foregoing on June 21, 2025 via the ECF notification service upon Thomas C. Rollins, Jr., Harold J. Barkley, Jr. and the Office of the U. S. Trustee.

/s/ Jeff Rawlings
Jeff Rawlings

Jeff Rawlings
Rawlings & MacInnis, P.A.
P.O. Box 1789
Madison, MS 39130-1789
601-898-1180
jeff@rawlingsmacinnis.net
MSB # 4642