

# INVOICE

Invoice # 8047
Date: 07/01/2025
Due On: 07/31/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Lefonzo Jermaine Dixon

## 05831-Dixon Lefonzo Jermaine

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | BM | 03/24/2025 | Draft email to client to review credit report and provide us with a any debts not included in the report: Pulled credit report and emailed copy to debtor for review. | 0.10 | $155.00 | $15.50 |
| Service | BM | 03/24/2025 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from credit report, add debts in information packet not on credit report. Began preparation of Schedule A/B, SOFA, Schedule I/J, Form 122 | 1.20 | $155.00 | $186.00 |
| Service | BB | 03/25/2025 | Review email from debtor: Reviewed email from debtor providing a password protected document. Drafted email to debtor informing him it cannot be accessed. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/25/2025 | Review file to determine documents needed to file case - draft email to client requesting said documents: Review of all bank documents to ensure we have all documents for attorney to prepare case. Compiled list of documents still needed for filing. Drafted email to debtor with the list. Drafted text to debtor informing the of the email. | 0.40 | $100.00 | $40.00 |
| Service | BB | 03/25/2025 | Contact Debtor (Text/Email): Drafted | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | email to debtor providing the list of information needed for filing. | | | |
| Service | BB | 03/25/2025 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/25/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/26/2025 | Telephone conference with debtor; requested 2 emergency contacts; debtor provided 2 emergency contacts; prepared the contact information for upload to clio | 0.10 | $0.00 | $0.00 |
| Service | BB | 03/26/2025 | Review and organize documents provided by debtor: Reviewed ten emails from debtor providing some information on the list and some that was not. Reviewed and organized information that was needed. Drafted email to debtor of detailed list of needs for filing. | 0.40 | $100.00 | $40.00 |
| Service | BB | 03/27/2025 | Review and organize documents provided by debtor: Reviewed 6 emails with 20 pictures of documents and some answers to the questions asked. Pictures came through blurry and illegible. Drafted email to debtor informing him we are not requesting the documents, just the answers to the questions. Drafted email to debtor with updated list of needs for filing. | 0.40 | $100.00 | $40.00 |
| Service | BB | 03/28/2025 | Review and organize documents provided by debtor: Reviewed four emails from debtor providing answers to the questions and requested pay stubs. Reviewed and organized. | 0.30 | $100.00 | $30.00 |
| Service | BB | 03/28/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 03/31/2025 | Review and organize documents provided by debtor: Reviewed six emails from debtor providing five bank statements and pictures of the final judgment for replevin letter. Reviewed and organized bank statements. Reviewed, converted to pdf, and organized judgment. Informed BM of the replevin. | 0.30 | $100.00 | $30.00 |

Invoice # 8047 - 07/01/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 03/31/2025 | Input Case-continued preparation of Schedule A/B, SOFA, Schedule I/J | 0.50 | $155.00 | $77.50 |
| Service | JAC | 03/31/2025 | Review for money in trust | 0.10 | $0.00 | $0.00 |
| Service | BB | 04/01/2025 | Contact Debtor (Text/Email): Drafted email to debtor providing the updated list of needs for filing | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/02/2025 | Review and organize documents provided by debtor: Reviewed two emails from debtor with several bank statement screenshots and answers to questions. Reviewed, converted to pdf, and organized. Informed BM. | 0.30 | $100.00 | $30.00 |
| Service | BM | 04/03/2025 | Input Case-continued preparation of Schedule A/B, Schedule D/F, Schedule I/J, SOFA | 0.40 | $155.00 | $62.00 |
| Service | BB | 04/03/2025 | Review and organize documents provided by debtor: Reviewed four emails from debtor with p to date bank statements. Reviewed and organized. Drafted email to debtor requesting applepay statements. | 0.30 | $100.00 | $30.00 |
| Service | BB | 04/04/2025 | Review email from debtor: Reviewed email from debtor stating he does not have applepay. | 0.10 | $100.00 | $10.00 |
| Service | BM | 04/07/2025 | Input case-updated Schedule B and SOFA | 0.20 | $155.00 | $31.00 |
| Service | BM | 04/07/2025 | Contact Debtor (Text/Email): Drafted text to debtor to inquire if he has been served eviction papers | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/07/2025 | Review email from debtor: Reviewed email from debtor forwarding an offer email from his creditor for his vehicle. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/07/2025 | Input Case - review & revise drafted petition, schedules prepared by bm. Calculate income for MT, I, calculate plan pmt based on MT | 0.30 | $275.00 | $82.50 |
| Service | JAC | 04/08/2025 | Prepare Signing Docs | 0.20 | $275.00 | $55.00 |
| Service | JAC | 04/08/2025 | Draft declaration for motion to extend stay | 0.10 | $275.00 | $27.50 |
| Service | TR | 04/08/2025 | Conference w/ client to review and revise bankruptcy paperwork - discuss client's duties while in bankruptcy | 0.50 | $275.00 | $137.50 |

Invoice # 8047 - 07/01/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 04/08/2025 | Make updates to schedules per signing appt notes. Prepare & send final bk, declaration & lit disclosure to ∆ to review & sign | 0.30 | $275.00 | $82.50 |
| Service | JAC | 04/09/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court.: Case is Ready to File | 0.40 | $275.00 | $110.00 |
| Service | BB | 04/09/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing them of their case number and advising them to continue sending in pay stubs and bank statements until told otherwise. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/09/2025 | Reviewed court docket for the Notice of Filing; reviewed the Judgement for the Replevin; called the attorney's office handling the Replevin; left messages for two different attorneys; drafted email with the Notice of Filing to the attorney listed on the Judgement | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/09/2025 | Reviewed and revised the Declaration to Extend Stay; drafted Motion to Extend Stay; drafted email memo to JAC re: Motion to Extend Stay | 0.30 | $155.00 | $46.50 |
| Service | BB | 04/09/2025 | Review email from debtor: Reviewed email and voicemail from debtor stating the creditor attempted to repossess his vehicle. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/09/2025 | Review and organize documents provided by debtor: Reviewed three emails from debtor providing three bank statements. Reviewed and organized. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/09/2025 | review & approve drafted motion & dec to ext stay prepared by KR | 0.10 | $275.00 | $27.50 |
| Service | KR | 04/09/2025 | Call Debtor: Reviewed email memo from the attorney handling the Replevin stating that it will be stopped and they will reach out to the creditor; telephone conference with debtor informing him of this | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/09/2025 | Reviewed email memo from JAC re: Motion to Extend; prepared the Motion to Extend and the Declaration of Support for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 04/09/2025 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/10/2025 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.30 | $275.00 | $82.50 |
| Service | JAC | 04/10/2025 | Review: 25-00922-JAW Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $275.00 | $55.00 |
| Service | KR | 04/10/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Extend Stay, the Certificate of Service, the Declaration and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | BB | 04/10/2025 | Contact Debtor (Text/Email): Reviewed plan to determine plan payment; drafted email to debtor informing them of their plan payment and information on what to do/expect after filing.<br><br>Drafted email to debtor informing them of their case number and sending them a yellow page. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/10/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring after clarification on how they would like to attend their meeting of creditors. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/10/2025 | Incoming Call: Phone conference with creditor in regards to the debtors refile. Creditor stated the debtor voluntarily provided him with his case number and he wanted to know what the next steps were. Reviewed matrix for creditors name; the name was correct but the mailing address was not and they have not received a notice of filing. Drafted memo to office and transferred call to KR. | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/10/2025 | Incoming Call: Telephone conference with the creditor Bennett Land Investor about the filing of the case; he was unaware of the filing until the debtor informed them of this; reviewed the process of filing and explained how to file a proof of claim; | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | they requested all documents for the case; reviewed court docket for the plan and the Meeting of Creditors; drafted email to debtor with the Proof of Claim to fill out, the instructions, the Meeting of Creditors and the chapter 13 Plan | | | |
| Service | JAC | 04/10/2025 | Review: 25-00922-JAW Hearing Set Document# 12 | 0.10 | $275.00 | $27.50 |
| Service | KR | 04/11/2025 | Prepared the Notice and Plan for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/11/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice with the Declaration of Mailing attached and the plan for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/14/2025 | Review and organize documents provided by debtor: Reviewed two emails from debtor providing one requested bank statement and one already provided. Reviewed and organized. Drafted email to debtor requesting the missing bank statement still needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/14/2025 | Contact Debtor (Text/Email): Drafted another text to debtor inquiring after clarification on how they would like to attend their meeting of creditors due to debtor being non responsive. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/14/2025 | Review: 25-00922-JAW Order Upon Debtor Directing Payments to Trustee Document# 14 | 0.10 | $275.00 | $27.50 |
| Service | BB | 04/15/2025 | Contact Debtor (Text/Email): Reviewed Best Case and gathered the filed Payment order. Drafted email to debtor including their direct payment order and TFS directions informing them of when their first payment is due. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/15/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating he will attend his meeting of creditors through zoom. Drafted text to debtor requesting he choose a date for a practice zoom. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/16/2025 | Contact Debtor (Text/Email): Drafted another text to debtor requesting he choose a date for a practice zoom | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | due to debtor being non responsive. | | | |
| Service | BB | 04/16/2025 | Review and organize documents provided by debtor: Reviewed schedules and statements for sources of income and financial accounts. Reviewed and organized all bank statements, taxes, ID, and pay into Trustee documents file. Created list of missing documents needed for the Trustee. Drafted email to debtor with list of needed documents. | 0.30 | $100.00 | $30.00 |
| Service | BB | 04/17/2025 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor scheduling a date and time for a practice zoom. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/17/2025 | Contact Debtor (Text/Email): Drafted text to debtor inquiring if he received the email with the list of needs. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/17/2025 | Review email from debtor: Reviewed email from debtor stating he has not used paypal. Drafted email inquiring if he officially closed the account. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/18/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing requested bank statement. Drafted text to debtor inquiring if he closed his paypal account. Debtor stated he has not used it in two years. | 0.10 | $100.00 | $10.00 |
| Service | BB | 04/21/2025 | Review and organize documents provided by debtor: Reviewed and organized Trustee documents into the Trustee website. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/22/2025 | CPA - Prepare and file certificate of compliance re: payment advices sent to Trustee: Drafted and prepared the Certificate of Compliance - Payment Advices Filed with Trustee for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | CO | 04/28/2025 | Contact Debtor (Text/Email): Reviewed text from debtor asking which zoom link to use for the practice run. Drafted text to debtor with my zoom link, meeting ID and passcode. | 0.10 | $100.00 | $10.00 |
| Service | CO | 04/28/2025 | Contact Debtor (Text/Email): Conducted a practice zoom with | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor; Reviewed using the mute button and reviewed questions they might be asked during the meeting. | | | |
| Service | JAC | 04/28/2025 | Review: 25-00922-JAW Order on Motion to Extend Automatic Stay Document# 19 | 0.10 | $275.00 | $27.50 |
| Service | BB | 05/02/2025 | Contact Debtor (Text/Email): Reviewed best case for debtors Trustee for the link for their meeting of creditors. Drafted courtesy reminder text with the meeting information for their meeting of creditors zoom for Tuesday. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/06/2025 | Call Debtor: Phone conferences with debtor and reviewed and drafted several texts with debtor attempting to assist him in attending his meeting of creditors. | 0.40 | $100.00 | $40.00 |
| Service | JAC | 05/06/2025 | Ch 13 Meeting of Creditors Harold J. Barkley Jr. - Debtor couldn't connect to 341 | 0.70 | $275.00 | $192.50 |
| Service | BB | 05/06/2025 | Contact Debtor (Text/Email): Drafted text to debtor informing him of his reset meeting of creditors date and time and informed him there needs to be two full payments in the system. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/07/2025 | Review: 25-00922-JAW Statement Adjourning Meeting of Creditors. Document# 21 | 0.10 | $275.00 | $27.50 |
| Service | BB | 05/07/2025 | Contact Debtor (Text/Email): Drafted text to debtor requesting he confirm the date and time of his meeting and inform of which office he would like to attend. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 05/08/2025 | Review: 25-00922-JAW Order Rescheduling 341 Meeting, Extending Deadline File Objection to Confirmation, and Resetting Confirmation Hearing Document# 22 | 0.10 | $275.00 | $27.50 |
| Service | BB | 05/08/2025 | Contact Debtor (Text/Email): Reviewed text from debtor confirming he received the text. Drafted text to debtor inquiring in which office he would like to attend his meeting. | 0.10 | $100.00 | $10.00 |
| Service | VM | 05/09/2025 | Reviewed text message from debtor confirming he'll be at our Jackson office for Meeting of Creditors, | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | scheduled on calendar. | | | |
| Service | BB | 05/16/2025 | Review and respond to email memo: Reviewed email from BM stating ∆ called informing us his Wife died and he is unable to make his payments due to having to pay funeral costs. Drafted email memo to KR. | 0.10 | $100.00 | $10.00 |
| Service | CO | 05/21/2025 | Incoming Call: Phone conference with debtor stating he could not make a plan payment after paying for his wife's funeral expenses. Reviewed file advised his paralegal was already informed of this and when then returned to the office next week, they would contact him to discuss his options. | 0.10 | $100.00 | $10.00 |
| Service | KR | 05/28/2025 | Review and respond to email memo: Reviewed email memo from BB re: scheduled payments; drafted email memo to BB inquiring if the debtor is already behind or current, if his plan payment is direct or wage order and if he is behind already how far behind is he | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/30/2025 | Review and respond to email memo: Reviewed email memo from KR inquiring if the debtors payments are delinquent and if they are paying wage order. Researched in best case. Drafted email to KR informing her there has not been a payment made and the debtor is paying direct. | 0.30 | $100.00 | $30.00 |
| Service | KR | 05/30/2025 | Review and respond to email memo: Reviewed email memo from BB re: plan payment; drafted email memo to BB to find out when the debtor can make a payment since it is direct and the 1st payment has not been made yet | 0.10 | $155.00 | $15.50 |
| Service | BB | 05/30/2025 | Contact Debtor (Text/Email): Reviewed email from KR stating to inquire with the debtor when he will be able to make a payment to his plan. Drafted text to debtor inquiring. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/02/2025 | Contact Debtor (Text/Email): Reviewed text from debtor stating he will be able to pay in a couple of weeks as he just went back to work and used the payment he did have to bury his wife. Drafted email memo to | 0.10 | $100.00 | $10.00 |

Invoice # 8047 - 07/01/2025

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | KR. |  |  |  |
| Service | KR | 06/02/2025 | Reviewed email memo from BB re: suspension of payments; drafted internal message to TR re: suspension of payments | 0.10 | $155.00 | $15.50 |
| Service | TR | 06/02/2025 | Review and respond on inquiry re: Suspension of Payments | 0.10 | $275.00 | $27.50 |
| Service | BB | 06/02/2025 | Reviewed email from KR stating TR replied stating we can file a motion to suspend and need proof of burial expenses. Drafted text to debtor informing him of this and requesting the documentation. | 0.10 | $100.00 | $10.00 |
| Service | KR | 06/02/2025 | Drafted Motion and Order to Suspend Plan Payments | 0.20 | $155.00 | $31.00 |
| Service | KR | 06/05/2025 | Call Debtor: Telephone conference with debtor about the proof of funeral expenses and the Motion to Suspend; drafted email memo to JAC re: review M to Suspend | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/05/2025 | review & respond to email from KR re: suspending payments. | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/05/2025 | Review email from debtor: Reviewed email memo from JAC re: Motion to Suspend; drafted email memo to JAC informing her that is a Direct pay and inquired if that made a difference | 0.10 | $0.00 | $0.00 |
| Service | JAC | 06/06/2025 | review & respond to email from kr | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/06/2025 | Review email from Attorney: Reviewed email memo from JAC re: Motion to Allow Payment Arrearages | 0.10 | $155.00 | $15.50 |
| Service | KR | 06/09/2025 | Drafted Motion to Cure to Allow Payment Arrearages; drafted email memo to JAC re: review Motion | 0.20 | $155.00 | $31.00 |
| Service | BB | 06/09/2025 | Review and organize documents provided by debtor: Reviewed email from debtor providing proof of funeral expenses. Drafted email to KR informing her and providing the proof. Reviewed, converted to .pdf, merged, and organized information. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/10/2025 | review & approve drafted motion | 0.10 | $275.00 | $27.50 |
| Service | KR | 06/10/2025 | Review email from Attorney: Reviewed proof of funeral expenses; reviewed email memo from JAC re: | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Motion to Allow Payment Arrearages | | | |
| Service | KR | 06/11/2025 | Prepared the Notice and the Motion to Allow Payment Arrearages for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 06/11/2025 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Motion to Allow Payment Arrearages, the Notice and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/13/2025 | Review: 25-00922-JAW Notice of Mortgage Payment Change Document# 27 | 0.10 | $275.00 | $27.50 |
| Service | TR | 06/17/2025 | Attend 341 | 0.90 | $275.00 | $247.50 |
| Service | JAC | 06/18/2025 | Review: 25-00922-JAW Motion to Dismiss Debtor Document# 28 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/19/2025 | Review: 25-00922-JAW Hearing Set Document# 29 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/19/2025 | Review: 25-00922-JAW Hearing Set Document# 30 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/23/2025 | Review: 25-00922-JAW Notice of Requirement to Complete Course in Financial Management (ADI) Document# 31 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/23/2025 | waiting on hearing - Review: 25-00922-JAW Response Document# 34 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/25/2025 | Review: 25-00922-JAW Hearing Set Document# 36 | 0.10 | $275.00 | $27.50 |
| Service | JAC | 06/26/2025 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $275.00 | $55.00 |
| Service | KR | 06/27/2025 | Drafted response per the Motion to Dismiss; drafted internal message to TR re: review response | 0.20 | $155.00 | $31.00 |
| Service | TR | 06/27/2025 | Review and approve response MTD | 0.10 | $275.00 | $27.50 |
| Service | TR | 06/28/2025 | Review and revise itemizations | 0.30 | $275.00 | $82.50 |
| Service | KR | 07/01/2025 | Review email from Attorney: Reviewed email memo from TR re: response per the Motion to Dismiss; prepared the Response for upload to the court | 0.10 | $155.00 | $15.50 |

Invoice # 8047 - 07/01/2025

| | Services Subtotal | $3,267.50 |
|---|---|---|

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 04/09/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 04/09/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 04/09/2025 | Credit Report | 1.00 | $45.00 | $45.00 |
| Expense | 04/10/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $19.36 | $19.36 |
| Expense | 04/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $24.61 | $24.61 |
| Expense | 06/11/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $22.00 | $22.00 |
| Expense | 07/01/2025 | Estimated Mailing Expense for 1st Application for Compensation (certificateofservice.com) | 1.00 | $42.00 | $42.00 |
| | | | | Expenses Subtotal | $485.97 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 4.3 | $275.00 | $1,182.50 |
| Jennifer Curry Calvillo | Attorney | 0.1 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 1.9 | $275.00 | $522.50 |
| Brooke Brueland | Non-Attorney | 6.7 | $100.00 | $670.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 2.5 | $155.00 | $387.50 |
| Clara Ortega | Non-Attorney | 0.3 | $100.00 | $30.00 |
| Clara Ortega | Non-Attorney | 0.2 | $0.00 | $0.00 |
| Kerri Rodabough | Non-Attorney | 3.0 | $155.00 | $465.00 |
| Kerri Rodabough | Non-Attorney | 0.8 | $0.00 | $0.00 |
| | | | Subtotal | $3,753.47 |
| | | | Total | $3,753.47 |

Invoice # 8047 - 07/01/2025

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8047 | 07/31/2025 | $3,753.47 | $0.00 | $3,753.47 |
| | | | Outstanding Balance | $3,753.47 |
| | | | Total Amount Outstanding | $3,753.47 |

Please fill out the fields below to get an estimate of what your mailing project will cost.

**1**  How many PAGES are in the document(s) you intend to upload?  `5`  pages
Our rate is dependant on the number of pages you are intending to upload. Simply look at the page count in your pdf document(s) and input that number of pages in the box at right.

**2**  How many parties will be receiving your documents?  `25`  parties
This is another way of asking how many envelopes will we have to stuff?

**3**  We will print on both sides of the sheet.  `2`
We print on both sides of the sheet to reduce cost and weight. Printing on only one side of the sheet will quickly increase the cost of the postage incurred.

**4**  We will print your documents 1 page per side.  `1`

**Disclaimer & User Agreement:**

```
for postage or volume. If you have a Rush Job or Certified
Mailing Job and need an estimate, please contact us directly at
509 412 1356. We will be happy to provide you with a quote at no
charge. This estimate program assumes you have a Postal
Acknowledgment Form (PAF) on file with us and that you are a
registered user.  If you need to fill out a PAF form in order to
get your discounted postage rate, <a
href="http://www.bkattorneyservices3.com/bkasmailform_020.htm"
target=new>click here.</a>
```

[Get Estimate!]

**Results will output below.**

Print rate charge includes (1) the preparation and printing of the documents for mailing, (2) the preparation and printing of the necessary envelopes for the mailing, (3) the folding and insertion of the documents into the envelope, (4) the sealing of the envelope, (5) the affixing of the proper first class postage on the envelope, (6) pre-sorting the envelopes for delivery to the USPS - Business Mail Entry Unit, and (7) the preparation and electronic delivery of our proof of service document for filing on Pacer/ECF.

|  |  62.5  |
|---|---|
| Date and Time: | Tue Jul 01 2025 11:02:47 GMT-0500 (Central Daylight Time) |
| Total Pages to Print: | 125 |
| Sheets Per Envelope | 2.5 |
| First Class Postage Rate | $ 0.73 |
| Print Rate: | $ 0.19 |
| Printing Cost: | $                                                         23.75 |
| Postage Cost: | $                                                         18.25 |
| Total Cost: | $                                                         42 |

[Print This Estimate]

(C) 2020 CERTIFICATEOFSERVICE.COM. ALL RIGHTS RESERVED