_____



**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 12, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   Lefonzo Jermaine Dixon, Debtor | Case No. 25-00922-JAW |
| | CHAPTER 13 |

### ORDER WITHDRAWING MOTION TO ALLOW PAYMENT ARREARAGE

THIS CAUSE having come on this date on the debtor's motion to allow payment arrearage (DK #25), the Response filed by the Creditor First Bank (Dk#25), and the Court being advised that the case is scheduled to be dismissed, and that the relief requested in the Motion is therefore moot, finds that the Motion should be withdrawn.

IT IS THEREFORE ORDERED that the Debtor's Motion to Allow Payment Arrearage is hereby withdrawn by agreement of all parties. The Motion is moot due to anticipated dismissal of this case and no further action is required.

#END OF ORDER#

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

AGREED BY:
/s/ Joshua Lawhorn
Joshua Lawhorn, Attorney for
Harold J. Barkley, Jr., Chapter 13 Trustee

/s/ Jeff Rawlings
Jeff Rawlings, Attorney for Creditor