_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: August 18, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 NO.:** |
| **LEFONZO JERMAINE DIXON** | **25-00922 – JAW** |

## AGREED ORDER

THIS CAUSE came before the Court on the Trustee's Motion to Dismiss (DK # 28) and the Debtor's Response (DK # 38); and the parties agree as follows:

THAT, the Trustee's Motion to Dismiss is granted and this case is hereby dismissed.

**##END OF ORDER##**


AGREED:

| | |
|---|---|
| */s/ Joshua C. Lawhorn* | */s/ Thomas C. Rollins, Jr.* |
| JOSHUA C. LAWHORN – MSB # 103902 | THOMAS C. ROLLINS, JR. |
| ATTORNEY FOR TRUSTEE | ATTORNEY FOR DEBTOR |
| POST OFFICE BOX 4476 | |
| JACKSON, MS 39296-4476 | |
| PHONE:  601/362-6161 | |
| FAX:  601/362-8826 | |
| E-MAIL:  HJB@HBARKLEY13.COM | |