United States Bankruptcy Court
Southern District of Mississippi

In re:  
Lefonzo Jermaine Dixon  
    Debtor  

Case No. 25-00922-JAW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2  
Date Rcvd: Aug 18, 2025     Form ID: ntcdsm     Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lefonzo Jermaine Dixon, 3128 Bahalia Rd NE, Wesson, MS 39191-9456 |
| 5496140 | + | Aidvantage, PO Box 7859, Madison, WI 53707-7859 |
| 5496141 | + | Bennett Land Investmen, P.O. Box 97991, Pearl, MS 39288-7991 |
| 5496142 | | Blair Leasing & Financ, 1705 Briarcrest Rd, Memphis, TN 38134 |
| 5496146 | | Coastal Truck Driving, 773 US-61, Natchez, MS 39120 |
| 5496147 | + | Crdt Recov, Po Box 864, Derby, NY 14047-0864 |
| 5496149 | + | DeMontarius Flowers, 3128 Bahalia Rd NE, Wesson, MS 39191-9456 |
| 5496151 | + | Holmes Motors, ALWAYS A LEASE, 10651 Boney Ave, Diberville, MS 39540-4875 |
| 5496154 | + | King's Daughters Medical Center, P. O. Box 5004, Brookhaven, MS 39603-5004 |
| 5496160 | + | William Melton, 120 Azalea Circle, Jackson, MS 39206-4401 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mhbkr@firstbankonline.com | Aug 18 2025 19:27:00 | FirstBank, 520 Summit Hill Drive, Suite 801, Knoxville, TN 37902-2006 |
| 5496143 | + | EDI: CAPITALONE.COM | Aug 18 2025 23:31:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5496144 | + | EDI: CAPONEAUTO.COM | Aug 18 2025 23:31:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5524386 | + | EDI: AISACG.COM | Aug 18 2025 23:31:00 | Capital One Auto Finance, a division of Capital One N.A., AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5516142 | + | EDI: AIS.COM | Aug 18 2025 23:31:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5496145 | + | EDI: JPMORGANCHASE | Aug 18 2025 23:31:00 | Chase Bank, PO Box 5210, New Hyde Park, NY 11042-5210 |
| 5496148 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2025 19:36:51 | Credit One Bank, Attn: Bankruptcy, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5496152 | | EDI: IRS.COM | Aug 18 2025 23:31:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5496150 | + | Email/Text: mhbkr@firstbankonline.com | Aug 18 2025 19:27:00 | First Bank, 520 W Summit Hill Dr, Knoxville, TN 37902-2006 |
| 5498403 | + | Email/Text: mhbkr@firstbankonline.com | Aug 18 2025 19:27:00 | FirstBank, 520 W Summit Hill Dr Suite 801, Knoxville, TN 37902-2006 |
| 5496153 | + | Email/Text: ebone.woods@usdoj.gov | Aug 18 2025 19:27:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2025 | Form ID: ntcdsm | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 5499003 | | Email/Text: benefit.recovery@mdhs.ms.gov | Aug 18 2025 19:27:00 | Mississippi Department of Human Services, PO Box 352, Jackson, MS 39205 |
| 5496155 | | EDI: MSDOR | Aug 18 2025 23:31:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5496156 | + | Email/Text: constance.morrow@mdhs.ms.gov | Aug 18 2025 19:27:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5496157 | + | Email/Text: bknotify@acsi.net | Aug 18 2025 19:27:00 | RentDebt Automated, Attn: Bankruptcy, 2802 Opryland Dr, Nashville, TN 37214-1200 |
| 5496158 | | Email/Text: bankruptcynotices@trustmark.com | Aug 18 2025 19:27:00 | Trustmark, PO Box 23072, Jackson, MS 39225-3072 |
| 5496159 | ^ | MEBN | Aug 18 2025 19:26:48 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Harold J. Barkley, Jr. | HJB@HBarkley13.com  hbarkley13@ecf.epiqsystems.com;trusteeMSSB2M@ecf.epiqsystems.com |
| Jeff D. Rawlings | on behalf of Creditor FirstBank Notices@rawlingsmacinnis.net Judy@rawlingsmacinnis.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Lefonzo Jermaine Dixon trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.: 25−00922−JAW
Chapter: 13

In re:
Lefonzo Jermaine Dixon
aka Lefonzo J Dixon Sr
3128 Bahalia Rd NE
Wesson, MS 39191

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−6739

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on August 18, 2025.

Dated: 8/18/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600